IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| MICHAEL ANTONIO NATSON, | * |
| Petitioner, | * |
| vs. | *                CASE NO. 4:05-CR-21 (CDL) |
| UNITED STATES OF AMERICA, | * |
| Respondent. | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on March 3, 2010 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have been considered and are found to be without merit.

IT IS SO ORDERED, this 20th day of April, 2010.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE